UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DONALD J. KLINZMAN, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:07-cv-0879-RLY-JMS |
| ) | |
| STANLEY KNIGHT, ) | |
| ) | |
| Respondent. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is dismissed with prejudice.

Date: 7/17/07

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Donald J. Klinzman
DOC #129339
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064